JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MISSION VALLEY LANDSCAPE CO., a California corporation; and DANIEL C. VASQUEZ, an individual,<br><br>Defendants. | CASE NO.: CV11-04557 VBF (JCGx)<br><br>ASSIGNED TO THE HONORABLE VALERIE BAKER FAIRBANK<br><br>**JUDGMENT**<br><br>[FED. R. CIV. PROC. 55(b)(2)] |

After full consideration of the evidence, and the authorities submitted by counsel, and for good cause shown:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of

437762

1  the Apprentice and Journeyman Training Trust Fund, Trustees of the Southern
2  California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of
3  the Plumbers and Pipefitters National Pension Fund, and Trustees of the
4  International Training Fund shall recover from defendants Mission Valley
5  Landscape Co., a California corporation and Daniel C. Vasquez, an individual,
6  jointly and severally: the principal amount of $54,924.99 (consisting of $25,127.51
7  for unpaid contributions; $11,638.68 for prejudgment interest; $15,958.80 for
8  liquidatd damages; and $2,200.00 in late fees), attorney's fees of $14,792.00 and
9  costs of $787.64, plus post-judgment interest as provided by law from the date of
10 entry of the judgment herein.

Dated: September 16, 2011

_____

UNITED STATES DISTRICT JUDGE